360 A.2d 630
Smith v. Safeguard Mutual Insurance Company,
Appellant.

Argued June 22, 1976. Barry J. Goldstein, with him Malcolm H. Waldron, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

360 A.2d 653
Spinelli, Appellant, v. McCormick.

Argued June 14, 1976. G. Clinton Fogwell, Jr., for appellant; Fred T. Cadmus, III, with him Cadmus and Patten, for appellee.

Judgment affirmed.